IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BISTOK,<br><br>   *Plaintiff,*<br><br>v.<br><br>PENN MANUFACTURING INDUSTRIES, INC.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 17-02097 |

## <u>ORDER</u>

**AND NOW**, this 31th day of January, 2018, in consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response (EC No. 17), and Defendant's Reply (ECF No. 18), and following oral argument with counsel for the parties (ECF No. 24), it is **ORDERED** that Defendant's Motion is **DENIED**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.